## UNITED STATES BANKRUPTCY COURT
## FOR THE
## DISTRICT OF MASSACHUSETTS

In re:

Jason G Pedro,
    Debtor.

Case No.  16-11716-FJB

Chapter 7

### NOTICE OF RESCHEDULED 341 MEETING OF CREDITORS

    PLEASE TAKE NOTICE that the Meeting of Creditors Pursuant to 11 U.S.C. § 341, currently scheduled for June 1, 2016, at 1:30 PM, has been rescheduled and will now be held on June 1, 2016, at 9:30 AM. The meeting will be held at 155 West Elm Street, Brockton, MA 02301.

    Dated May 24, 2016.

    Warren E. Agin, as Trustee,
By his Attorney,

/s/Warren E. Agin
Warren E. Agin (BBO 554242)
**Swiggart & Agin, LLC**
197 Portland Street
Boston, MA 02114
(617) 742-0110 x203
wea@swiggartagin.com

# UNITED STATES BANKRUPTCY COURT
# FOR THE
# DISTRICT OF MASSACHUSETTS

In re:

Jason G Pedro,
    Debtor.

Case No.  16-11716-FJB

Chapter 7

## CERTIFICATE OF SERVICE

I, Warren E. Agin, do hereby certify that:

A. on May 24, 2016, I caused a Notice of Electronic Filing to be electronically transmitted to the following parties with respect to the Notice of Continued 341 Meeting of Creditors (the "Pleading(s)"):

    Carleen N.T Aubee

    Timothy Larson

    Office of the U.S. Trustee

B. on May 24, 2016, I served a copy of the Pleadings on the attached service list by mailing a copy of the same by first class mail, postage prepaid.

Signed under the penalties of perjury May 24, 2016.

    /s/Warren E. Agin
    Warren E. Agin (BBO 554242)
    Swiggart & Agin, LLC
    197 Portland Street
    Boston, MA 02114
    (617) 742-0110 x203
    wea@swiggartagin.com

Bank of America
100 North Tryon Street
Charlotte, NC 28255-0001

Bank of America, NA
450 American Street
Simi Valley, CA 93065-6285

Stevens Business Service
92 Bolt Street
Suite 1
Lowell, MA 01852-5316

Capital One
PO Box 730281
Salt Lake City, UT  84130

Carleen N.T Aubee
PO Box 808
Chepachet, RI 02814-0997

Chase Mortgage
PO Box 24696
Columbus, OH 43224-0696

City of Pawtucket
137 Roosevelt Avenue
Pawtucket, RI 02860-2158

Discover
P.O. Box 6103
Carol Stream, IL 60197-6103

EverBank
501 Riverside Avenue
Jacksonville, FL 32202-4934

Everhome Mortgage
301 West Bay Street
Jacksonville, FL 32202-5184

Fannie Mae
3900 Wisconsin Avenue NW
Washington, DC 20016-2892

Green Tree Servicing, LLC
PO Box 6172
Rapid City, SD 57709-6172

Seterus, Inc.
8501 IBM Drive
Bldg 201
Charlotte, NC 28262-4333

Seterus, Inc.
8501 IBM Bldg. 201
Charlotte, NC 28262-4333

JPMorgan Chase Bank, N.A.
270 Park Ave.
New York, NY 10017-2014

National Grid
40 Sylvan Road
Waltham, MA 02451-1120

Rossi Law Offices
28 Thurber Blvd
PO Box 17339
Smithfield, RI 02917-0704