UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| Jason G. Pedro | ) | |
| Debtor, | ) | CHAPTER 7 |
| | ) | CASE NO.  16-11716 |
| | ) | |
| | ) | |

**MOTION  TO FILE OUT OF TIME**

Now comes the Debtor, JASON G. PEDRO, and hereby moves this Honorable Court to allow him to file a motion for an extension of time to file the missing documents, Chapter 7 Income Form 122-A, Schedules A/B –J, Statement of Financial Affairs and Summary of Schedules, as listed in the 14 Day Order dated May 6, 2016.

Due to a miscommunication, the Debtor's Motion for Extension of Time was not timely filed on May 18, 2016.  It was only discovered today, May 25, 2016, that the motion had not been properly filed.

The Debtor apologizes for the confusion and prays this Honorable Court grants his motion to file his motion out of time.

Date:  May 25, 2016

Respectfully submitted,
Jason G. Pedro, by and through
his attorney,

/s/ Carlene N. T. Aubee
Carlene N. T. Aubee (BBO#679128)
1599 Smith Street
North Providence, RI  02911
(401) 353-1230 Telephone
(401) 353-1231 Facsimile
aubeeesq@gmail.com

05/26/2016 Granted.