

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

_____
Jason G. Pedro
)
        Debtor,       )       CHAPTER 7
)       CASE NO.  16-11716
)
_____)

## MOTION FOR EXTENSION OF TIME TO FILE MISSING DOCUMENTS

Now comes the Debtor, JASON G. PEDRO, and hereby moves this Honorable Court for an extension of time to file the missing documents, Chapter 7 Income Form 122-A, Schedules A/B –J, Statement of Financial Affairs and Summary of Schedules, as listed in the 14 Day Order dated May 6, 2016.

In support thereof, the Debtor avers that he has been delayed in gathering and delivering documents to his counsel.  He states that his wife recently started a new job wherein he has to wait for her initial pay check.  Further, due to his medical disability, the Debtor has difficulty traveling to collect and deliver said documents.

The above reasons have delayed his completing and filing the missing documents. The debtor hereby respectfully requests an extension of seven (7) days, up to and including, May 27, 2016.

Date:  May 18, 2016

Respectfully submitted,
Jason G. Pedro, by and through
his attorney,

/s/ Carlene N. T. Aubee
Carlene N. T. Aubee (BBO#679128)
1599 Smith Street
North Providence, RI  02911
(401) 353-1230 Telephone
(401) 353-1231 Facsimile
aubeeesq@gmail.com

*(Margin annotation: 05/26/2016 Granted. The deadline is hereby extended to May 27, 2016 by 4:30 P.M.)*