United States Bankruptcy Court
District of Massachusetts

In re:  
Jason G Pedro  
    Debtor

Case No. 16-11716-fjb  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0101-1    User: bt    Page 1 of 1    Date Rcvd: May 31, 2016  
                                  Form ID: ntcdefpc    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 02, 2016.  
db          +Jason G Pedro,   6 Alameda Drive,    Seekonk, MA 02771-2004

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                            TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 02, 2016                                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 31, 2016 at the address(es) listed below:  
        Carleen N.T Aubee    on behalf of Debtor Jason G Pedro aubeeesq@gmail.com  
        John Fitzgerald    USTPRegion01.BO.ECF@USDOJ.GOV  
        Timothy Larson    on behalf of Creditor    Ditech Financial LLC bankruptcy@orlansmoran.com,  
         ANHSOM@4stechnologies.com;tlarson@orlansmoran.com  
        Warren E. Agin    wea@swiggartagin.com,   jrl@swiggartagin.com;wagin@ecf.epiqsystems.com  
                                                                                                                                                              TOTAL: 4

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| In Re:   Jason G Pedro<br>         Debtor, | Chapter: 7<br>Case No: 16–11716<br>Judge Frank J. Bailey |

### NOTICE REGARDING DEFICIENT FILING
(POC AND RELATED DOCUMENTS)

**NOTICE IS HEREBY GIVEN** that your recent filing of **Proof of Claim # 1** on **MAY 27, 2016** in the above referenced case was deficient and/or defective as noted below.

**PROOF OF CLAIM**

☑ **No Proof of Claim Form Filed, or Old Form Used.** Please complete a Proof of Claim Form (Official Form 410) and file it with the Court. Attach any supporting documents you wish to include with your claim. Official Form 410 is available at www.mab.uscourts.gov.

☐ **Proof of Claim not signed.** Please file an amended claim (Official Form 410) with an original signature with the Court.

☐ **Proof of Claim is a copy; the signature is not original.** Please file an amended claim (Official Form 410) with an original signature with the Court.

**RELATED DOCUMENT TO PROOF OF CLAIM**

☐ **Certificate of Service.** Debtors do not receive electronic service through the Court's ECF system. Pursuant to MLBR, Appendix 8, MEFR 9, debtors are entitled to conventional service through the US Mail. Please serve the debtor by first class U.S. Mail and file an amended Certificate of Service with the Court.

☐ **Signature Missing/Inadequate.** Documents filed with the Court must be signed. A scanned original or imaged signature is required, /s/ name is not permitted. Please refile.

☐ **Other**

FAILURE TO COMPLY WILL RESULT IN FURTHER COURT ACTION THAT COULD AFFECT YOUR RIGHTS INCLUDING, BUT NOT LIMITED TO, DENIAL OF THE RELIEF OR ACTION REQUESTED OR STRIKING YOUR CLAIM, AS APPROPRIATE.
YOU MUST FILE THESE DOCUMENTS AT THE CLERK'S OFFICE AS INDICATED BELOW.

| ● United States Bankruptcy Court<br>John W. McCormack Post<br>Office and Court House<br>5 Post Office Square, Suite 1150<br>Boston, MA 02109–3945 | ○ United States Bankruptcy Court<br>211 Donohue Federal Building<br>595 Main Street<br>Worcester, MA 01608–2076 | ○ United States Bankruptcy Court<br>United States Courthouse<br>300 State Street, Suite 220<br>Springfield, MA 01105–2925 |
|---|---|---|

Date: 5/31/16                                                                                                         By the Court,

                                                                                                                     Robert Tedeschi
                                                                                                                     Deputy Clerk
                                                                                                                     617–748–5301